IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                   **PLAINTIFF**

**V.**                      **CASE NO. 5:18-CR-50090**

**CORNELIUS ANDERSON**                                                      **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 53) of United States Magistrate Judge Mark E. Ford, filed on June 15, 2021. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 53) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Relief under 28 U.S.C. § 2255 (Doc. 49) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 6th day of July, 2021.

                                              /s/ Timothy L. Brooks
                                              TIMOTHY L. BROOKS
                                              UNITED STATES DISTRICT JUDGE