# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

V.                       CASE NO. 5:18-CR-50090

CORNELIUS ANDERSON                                           DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 57) filed in this case on November 2, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Defendant's Motion for Credit for Time Served (Doc. 56) is **DENIED**.

**IT IS SO ORDERED** on this 18th day of November, 2021.

                                                   */s/ Timothy L. Brooks*
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE